# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-3388

———————————————

Lance Gerald Milliman

*Plaintiff - Appellant*

v.

Howell County, Missouri; Robert David Ray, Associate Circuit Court Judge, 37th Judicial Circuit; Michael P. Hutchings, Prosecuting Attorney, Howell Co., Missouri; Bethany Hanson Turner, Public Defender, 37th Judicial District; Scott L. Nelson, Patrol Trooper, Missouri State Highway Patrol; Levi Stoops, Commercial Vehicle Inspector, Missouri Highway Patrol

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

——————————

Submitted: September 27, 2022
Filed: October 6, 2022
[Unpublished]

——————————

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Lance Gerald Milliman appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court has considered the parties' arguments on appeal and concludes that dismissal was appropriate because the claims were time-barred under any applicable statute of limitations. *See Humphrey v. Eureka Gardens Pub. Facility Bd.*, 891 F.3d 1079, 1081 (8th Cir. 2018) (de novo review of dismissal of claim as time-barred); *Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (de novo review of grant of motion to dismiss under Fed. R. Civ. P. 12(b)(6)); *see also* Mo. Rev. Stat. § 516.120 (5-year limitations period for personal injury actions); *Wallace v. Kato*, 549 U.S. 384, 388 (2007) (in § 1983 action, a court looks to the statute of limitations that state law provides for personal-injury torts); *Sulik v. Taney Cnty., Mo.*, 393 F.3d 765, 767 (8th Cir. 2005) (Missouri's five-year statute of limitations for personal injury actions applies in § 1983 claims); *cf.* Mo. Rev. Stat. §§ 516.130 (3-year limitations period for actions against public officers), 516.140 (2-year limitations period for, inter alia, false imprisonment).

The judgment is affirmed. *See* 8th Cir. R. 47B. Milliman's pending motion for sanctions and other relief is denied as moot.

———————————————

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.